UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL LUNDERT | ) | Case No. __3:23-cv-338-GNS__ |
| | ) | **ELECTRONICALLY FILED** |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | Removed from: |
| WERNER ENTERPRISES, INC. | ) | Jefferson Circuit Court |
| | ) | Case No. 23-CI-003464 |
| DEFENDANT | ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Comes the Defendant, Werner Enterprises Inc., hereinafter referred to as the "Defendant," unless the context requires otherwise, by counsel, pursuant to 28 U.S.C.A. §§ 1441 and 1446, and 28 U.S.C. § 1332, and notifies the Court that the above-captioned matter has been removed from the Jefferson Circuit Court, Jefferson County, Kentucky, Civil Action No. 23-CI-003464 (hereinafter the "Action"), to this Court for trial and determination, and in support states:

1. This Action was originally filed on or about June 6, 2023, in the Jefferson Circuit Court, Jefferson County, Kentucky. The Plaintiff, Michael Lundert, alleged that on or about June 20, 2022, an unknown Werner Enterprises driver, acting in the scope and course of her employment, negligently, carelessly, and/or recklessly drove off while he was unloading the trailer, causing him to fall to the ground. Plaintiff alleges that he exercised an appropriate and requisite degree of care for his own safety.

2. Werner Enterprises was served with the Complaint through the Kentucky Secretary of State on or about June 9, 2023, therefore, the time within which it can remove this matter to federal court has not run.

3. A copy of the Complaint is attached hereto as Exhibit "A".

4. There are no other Defendants in this action, thus this Defendant is not required to obtain consent to remove this action from state court to federal court, on the basis of the same.

5. Plaintiff is a resident and citizen of Jefferson County, Kentucky as specifically alleged in the Complaint.

6. Defendant, Werner Enterprises Inc., is a company incorporated in the state of Nebraska with its principal place of business in Omaha, Nebraska.

7. Plaintiff alleges that as a direct and proximate cause of the fall, he has 1) suffered past and future physical pain, 2) past and future mental pain, 3) lost wages, and 4) loss of his ability to enjoy life.

8. This Action is one which may be removed to this Court by the Defendant pursuant to 28 U.S.C.A. §§ 1441 and 1446, and over which this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332, in that diversity of citizenship exists between the Plaintiff and the Defendants hereto, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. On or about June 29, 2023, Defendant filed a "Notice of Filing of Notice of Removal of Civil Action" with the Clerk of the Jefferson Circuit Court, Jefferson County, Kentucky, a copy of which is attached hereto as Exhibit "C."  On June 29, 2023, Defendant served a copy of said pleading upon counsel for the Plaintiff in this Action by First Class United States Mail, postage prepaid and via electronic filing through the state court system.

10. On or about the date of this filing, Defendant served upon counsel for the Plaintiff a copy of the "Notice of Removal of Civil Action."

WHEREFORE, the Defendant, Werner Enterprises Inc., by counsel, requests that this Court accept this Action for removal from the Jefferson Circuit Court, Jefferson County, Kentucky, for trial and determination, and that the Action now pending in the Jefferson Circuit Court, Jefferson County, Kentucky, Civil Action No. 17-CI-002229, be removed from that Court to this Court, and that no further proceedings be had in this matter in the Jefferson Circuit Court, Jefferson County, Kentucky, and such other and further relief as this Court would deem just.

Respectfully Submitted,

*/s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
RYAN J. McELROY
WARD, HOCKER & THORNTON, PLLC
9300 Shelbyville Road, Suite 700
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
GZipperle@whtlaw.com
ryan.mcelroy@whtlaw.com
*Counsel for Defendant Werner Enterprises Inc.*

## CERTIFICATE

I hereby certify that on the 30th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail.

I further certify that a copy of the foregoing document and Notice of Electronic Filing, properly addressed and postage pre-paid, was deposited in the United States Mail to:

Mark B. Wallace
7403 St. Andrews Church Road
Louisville, KY 40214
mark@wallace.law
*Counsel for Plaintiff*

*/s/ Gene F. Zipperle, Jr.*
*Counsel for Defendant*
*Werner Enterprises Inc.*